**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MICHAEL FEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYSSTA SERVICES, INC.,<br><br>Defendant. | Case No. 1:25-cv-794 |

**DEFENDANT WYSSTA SERVICES, INC.'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Wyssta Services, Inc., through its undersigned counsel, hereby respectfully moves this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted. This Motion is supported by the accompanying Memorandum of Law.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 78.3, Defendant Wyssta Services, Inc. respectfully requests a hearing to present oral argument on its Motion to Dismiss.

Dated: March 24, 2025

Respectfully submitted,

**WYSSTA SERVICES, INC.**

By: */s/ Jad Sheikali*

Jad Sheikali
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
jsheikali@shb.com

*Attorneys for Wyssta Services, Inc.*

**CERTIFICATE OF SERVICE**

I, Jad Sheikali, do hereby certify that on March 24, 2025, a true and correct copy of the foregoing document was served upon all counsel of record via the CM/ECF system of the United States District Court for the Northern District of Illinois.

*/s/ Jad Sheikali*
Jad Sheikali