**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MICHAEL FEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYSSTA SERVICES, INC.,<br><br>Defendant. | Case No. 1:25-cv-794 |

**DEFENDANT WYSSTA SERVICES, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Wyssta Services, Inc. ("Wyssta") submits this Notice of Supplemental Authority to direct the Court's attention to a recent decision of the United States District Court for the District of Massachusetts in *Goulart, et al. v. Cape Cod Healthcare Inc.,* No. 25-10445-RGS (D. Mass. June 24, 2025), which is highly relevant to Wyssta's pending Motion to Dismiss Plaintiff Michael Feeler's Complaint [ECF No. 12]. In *Cape Cod*, the court dismissed plaintiffs' Electronic Communications Privacy Act claim under similar circumstances holding the crime-tort exception does not apply where the defendant's primary motivation was not to commit a crime or tort but to advance a commercial purpose. A copy of the *Cape Cod* decision, which further supports points raised in Wyssta's Motion to Dismiss, is attached as Exhibit A for the Court's consideration.

Dated: June 25, 2025

Respectfully submitted,

**WYSSTA SERVICES, INC.**

By: */s/ Jad Sheikali*

Jad Sheikali
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
jsheikali@shb.com

*Attorneys for Wyssta Services, Inc.*

## CERTIFICATE OF SERVICE

I, Jad Sheikali, do hereby certify that on June 25, 2025, a true and correct copy of the foregoing document was served upon all counsel of record via the CM/ECF system of the United States District Court for the Northern District of Illinois.

*/s/ Jad Sheikali*
Jad Sheikali