**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MICHAEL FEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYSSTA SERVICES, INC.,<br><br>Defendant. | Case No. 1:25-cv-794 |

**DEFENDANT WYSSTA SERVICES, INC.'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Wyssta Services, Inc. ("Wyssta") submits this Second Notice of Supplemental Authority to direct the Court's attention to a recent decision of the United States District Court for the Central District of Illinois in *Doe 1 v. Chestnut Health Sys., Inc.*, No. 1:24-cv-01475-JEH-RLH (C.D. Ill. June 6, 2025), which is highly relevant to Wyssta's pending Motion to Dismiss Plaintiff Michael Feeler's Complaint [ECF No. 12]. In *Chestnut Health System*, the court dismissed plaintiffs' Electronic Communications Privacy Act claim under similar circumstances holding the crime-tort exception does not apply where plaintiffs fail to allege a tortious or criminal purpose independent of the interception itself. The court emphasized that plaintiffs contradictorily alleged that the defendant's purpose in sharing the information was for marketing purposes, not tortious or criminal conduct. A copy of the *Chestnut Health System* decision, which further supports points raised in Wyssta's Motion to Dismiss, is attached as Exhibit A for the Court's consideration.

Dated: July 11, 2025

Respectfully submitted,

**WYSSTA SERVICES, INC.**

By: *<u>/s/ Jad Sheikali</u>*

Jad Sheikali
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
jsheikali@shb.com

*Attorneys for Wyssta Services, Inc.*

**CERTIFICATE OF SERVICE**

I, Jad Sheikali, do hereby certify that on July 11, 2025, a true and correct copy of the foregoing document was served upon all counsel of record via the CM/ECF system of the United States District Court for the Northern District of Illinois.

*/s/ Jad Sheikali*
Jad Sheikali