**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MICHAEL FEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WYSSTA SERVICES, INC.,<br><br>Defendant. | Case No. 1:25-cv-794 |

**DEFENDANT WYSSTA SERVICES, INC.'S THIRD NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Wyssta Services, Inc. ("Wyssta") submits this Notice of Supplemental Authority to direct the Court's attention to a recent Report and Recommendation of the United States District Court for the District of Massachusetts in *Doe v. Lawrence General Hospital*, 25-cv-10081-NMG (D. Mass. Aug. 29, 2025) (Exhibit A), which is highly relevant to Wyssta's pending Motion to Dismiss Plaintiff Michael Feeler's Complaint [ECF No. 12].

On August 29, 2025, Magistrate Judge Levenson issued a Report and Recommendation to Judge Gorton recommending Judge Gorton grant Lawrence General Hospital's motion to dismiss Plaintiff Doe's ECPA claim. Magistrate Judge Levenson's detailed analysis further supports arguments Wyssta made in its Motion to Dismiss.

(1) Under the ECPA, "purpose" is an essential element, distinct from the minimal intent required under HIPAA. (*see* Ex. A at 22);

(2) The crime-tort exception requires that the interceptor "have the intent to use the illicit recording to commit a tort or crime beyond the act of recording itself" (*see* Ex. A at 23); and

(3) The alleged HIPAA violation must be "separate and independent" from the alleged interception itself, it cannot stem directly from the same disclosure underlying the ECPA claim. (*see* Ex. A at 25).

Magistrate Judge Levenson noted that "[t]he allegations of the Complaint "fail to plausibly support an inference that LGH's purpose in deploying the web tracking tools was anything other than the usual reason why website operators use such tools: to help run their websites." (Ex. A at 31). As such, Wyssta respectfully requests the Court consider the Report and Recommendation as supplemental authority.

Dated: September 18, 2025

Respectfully submitted,

**WYSSTA SERVICES, INC.**

By: *<u>/s/ Jad Sheikali</u>*

Jad Sheikali
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
jsheikali@shb.com

*Attorneys for Wyssta Services, Inc.*

## CERTIFICATE OF SERVICE

I, Jad Sheikali, do hereby certify that on September 18, 2025, a true and correct copy of the foregoing document was served upon all counsel of record via the CM/ECF system of the United States District Court for the Northern District of Illinois.

*/s/ Jad Sheikali*
Jad Sheikali