**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MICHAEL FEELER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>WYSSTA SERVICES, INC.<br><br>*Defendant.* | Case No. 1:25-cv-794<br><br>**PLAINTIFF'S NOTICE REGARDING LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

Plaintiff Michael Feeler respectfully submits this notice regarding the Court's Order granting leave to file supplemental authority by October 22, 2025 of the bench ruling in *Cavallaro-Kearins v. Delta Dental of New York, Inc.*, Case 7:24-cv-06946-CS (S.D. N.Y.) (Oct. 16, 2025). ECF 43. The transcript of that bench ruling is not presently available, and thus Plaintiff cannot submit it as supplemental authority by the Court's October 22, 2025, deadline. Given the Court's preference not to entertain any additional supplemental authority related to Defendant's pending motion to dismiss, Plaintiff does not request that the Court extend the deadline to file the supplemental authority. However, if the Court would like to review the *Cavallaro-Kearins* decision, Plaintiff will submit the transcript after it becomes available per any future direction from the Court.

Dated: October 22, 2025

**DWOSKIN WASDIN LLP**

*s/ Eric S. Dwoskin*

Eric S. Dwoskin
433 Plaza Real, Suite 275
Boca Raton, Florida 33432
Tel.: 561-849-8060
edwoskin@dwowas.com

*Counsel for Plaintiff and the Proposed Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2025, I electronically served the foregoing document on the following counsel:

Jad Sheikali
SHOOK, HARDY & BACON LLP
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
jsheikali@shb.com

*Attorneys for Defendant*

By: */s/ Eric S. Dwoskin*
Eric S. Dwoskin